EMMA FORD HARTLEY, as Executrix, etc., of JAMES WILLIAM HARTLEY, Deceased, Respondent, v. HORACE HAVEMEYER and Others, as Executors and Trustees, etc., of LOUISINE W. HAVEMEYER, Deceased, and Another, Appellants.— Order affirmed, without costs. The plaintiff barely makes a case for a special preference on her motion papers, and the trial justice might well have denied the motion. We will not, however, in this particular case interfere with the discretion exercised. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

In the Matter of the Petition of FRANK G. WILD and the TITLE GUARANTEE AND TRUST COMPANY, Appellants, to Render and Settle Their Account as Trustees under the Will of GEORGE H. COUTTS, Deceased. DONALD B. STEWART, as General Guardian for GEORGE T. STEWART and Others, Infants, etc., and JAMES P. JUDGE, as Special Guardian for JAMES C. PRYOR, JR., an Infant, etc., Respondents. — Decree of the Surrogate's Court of Kings county, in so far as appealed from, unanimously affirmed, with costs to respondents, payable by appellants personally. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ. [140 Misc. 93.]

In the Matter of the Application of ELIZABETH B. CLUM, Respondent, for Consent for the Removal of the Dead Body of CHESTER F. CLUM from the Poughkeepsie Rural Cemetery, Poughkeepsie, Dutchess County, New York. LILLIAN G. CLUM, Appellant.— Order of the County Court of Dutchess county consenting to the removal of body affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

In the Matter of the Application of GARDEN BUILDING CORPORATION, Relator, for a Certiorari Order against VILLAGE OF GARDEN CITY and Others, Respondents. — Determination of the board of trustees confirmed and certiorari proceeding dismissed, with fifty dollars costs and disbursements to respondents. No opinion. Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., and Davis, J., dissent, with the following memorandum: The board was without power to require a change after the building inspector had approved the plans and the petitioner had acted on them to the extent of having practically completed the building according to the original plans so approved. Furthermore, the action of the board was arbitrary and capricious; and it was not warranted in singling out this particular property instead of making a general ordinance or regulation.

DENNIS JAMES, Respondent, v. PAN AMERICAN PETROLEUM AND TRANSPORT COMPANY and Others, Appellants.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

FRIEDA KREITMAN, Appellant, v. SOL KREITMAN, Respondent.— Order denying plaintiff's motion for alimony *pendente lite* and counsel fee affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

LOUIS MCCARTY, Respondent, v. BROOKYORK REALTY CORPORATION, Appellant, and TERESA MAHONEY, Respondent.— Orders granting motions to vacate notices of examination of plaintiff and of defendant Mahoney affirmed, with ten dollars costs and disbursements to each respondent. No opinion. Hagarty, Carswell, Scudder, Tompkins and Davis, JJ., concur.